U.S. District Court
327 S. Church Street
Rockford. Ill. 61101

Page 1 of 26

RECEIVED 9-24-22

SEP 29 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Civil Complaint

Michael Lucifer yendra,
Lord Juggernaut-xyz
Pharaoh Set-Er.
Michael S. Chou-Chow (Son of Heaven)
Tsunami Khan
(Chief) Col. Michael S. Owl Feather-Gorbey

22cv50348
Judge Philip G. Reinhard
Magistrate Judge Margaret J. Schneider

vs.                                    Case No. _____

Jury Demand yes!

(1) John Doe, supervisory chaplain usp Thompson
(2) Bergami, warden, usp Thompson
(3) King, Associate warden usp Thompson
(4) John-Jane Doe, Health service supervisor usp Thompson
(5) John-Jane Doe, Pharmacy supervisor usp Thompson
(6) Mark Morgan, Medical Doctor, usp Thompson
(7) Barnes, Counselor, usp Thompson
(8) John-Jane Doe, Mail Room supervisor usp Thompson
(9) John Doe, S.I.S. (Mail Dept.), usp Thompson.
(10) United States, (i.e. Judge(s) Reinhard & Johnstone)
       All Defendants (Except) those At #10 Are found At
1100 one mile Road & Po Box 1001 Thompson Ill. 61285.

__OwlFeather-Gorbey's Combined RFRA & Bivens__
__Action Civil Complaint & law suit__

Grounds For Relief                          Page 2 of 26

Ground (1) serious infringments upon Religious Rights & Access
Resulting in violations of Traditional Practices
, Treaties & Agreements between the United States
& Native American prisoners & violates the RFRA.
the 1st & 14th Amendments, F. Bop Religious Policies &
The 8th Amendment subjecting Gorbey to mental
Emotional & Physical Harms & Damages.

Ground (2) Repeated Patterns of misconducts Denials of needed
glaucoma Examinations & Treatments &or Prescribed
meds. Deteriorating Gorbey's Eyes Threatning Blindness

Ground (3) Repeated Pattern of misconducts by
(a) F. Bop staff Denying Gorbey Meaningful Remedy
Access or often Any Remedy Access.;
(b) clowns Posing As Judges Denying Gorbey Court
Access Deeming valid Complaints As Frivolous
while subjecting Gorbey to irrepairable Harms
& (itself) being An imminent Danger To Gorbey.

Ground (4) Repeated Denial of Hypoglocimia Treatments
Resulting in in irrepairable Harms.

Ground (5) Repeated Tampering With &or impeding Gorbeys
U.S. mail & Court or other legal Access. subjecting
Him To Delays & irrepairable Harms.

<u>Complaint.</u>                                    Page 3 of 26

Ground (1) serious infringments upon Gorbey's Native American Religious Rights & Freedoms. or Access. Resulting in violations of Treaties. Agreements. the 1st. 14th. & 8th Amendments. & F.Cop Policy.

(a) F.Bop Policy 5360.19 Religious beliefs & practices Section 10. (1) states.
Sacred pipe Ceremonies (i.e with smudgings) will be Accommodated in Administrative Detention. (ie special Housing Reck Cages.) 28CFR. 548.10 (a)

(b) F.Bcp Policy 5217.02. special management unit (13) Religion states. Inmates may persue Religious beliefs & Practices in Accordance with 28 CFR 548.10 (a). affording All Religious Faiths groups with Reasonable & Equitable opportunities to persue Religious beliefs.

Where "most" F.Bop facilities Afford Natives in special Housing. smudging & smoking pipe Ceremonies Every 30 Days in Reck Cages, outdoor open Air Reck Cages.

yet. usp thompson. Chaplain. Warden & A-w Programs is trying to Restrict Gorbey to only 2 (two) services per year & to Force Gorbey

to Conduct A DRy Pipe ceremony in His Cell, meaning He Cannot sudge & Cannot smoke the Pipe & to Create A prayer Tie that is taken & given to (other inmates) with Heinous Crimes to Dispose of. maJorly violating Gorbey's Traditional monacan Native Religious practice which Gorbey Has (Always) sincerely Fallow.

(a) Gorbey Cannot Traditionally (Handle) A sacred Pipe Without 1st smudging Himself the Area & the Pipe. bag.

smudging is A form of spiritial clensing. To ward off Evil spirits. bad medicine & For Personal Healing.

This is Especially necessary when using A (community Pipe) As it is Native american Religious Traditional beliefs that bad spirits & medicine of another Can & poes Transfer through Tangible & Physical obJects. see. Fowler v. Crawford 534 F.3d 951.939 (8th cir 2008) (Complete bans) on All smudging is not the least Restrictive means of Advancing the Prisons interest In Safety or Prisoner Health. Hamilton vs. schriro 24 F.3d. 1545. 1555.56 (8th cir. 1996) At the verry least. Some Courts Have indicated That Allowing smudging Ceremonies in out-door locations is A Reasonable Accommodation

of Native Religious Practice see Also. Ayde vs. Fisher 203 F3d 712. 729-30 (Idaho 2008) A Native American Complain that His prison violated RLUIPA by Not permitting Any smudging whatsoever. the Prison claimed the Policy Furthered its intrest in maintaining safety. the Court of Appeals of Idaho However. Disagreed with the Prison, Among other things. the Court Held the prison Could maintain its safety by Directing the smudging Ceremony outdoors.

While Here we Have similer situations. F.Bop "National Policy" Allows Native American Religious smudging in outDoor Areas. including Any special Housing ReeK Cages.

yet. USP Thompson Has Adopted An unconstit-utional (institutional supplement) to the National Policy. Which institutional supplement forces Natives to Conduct Ceremonies (in their Cell) & Prohibits All smudging & smoking see.

BP9 Response by Warden Bergami Dated 9-9-22. "The least Restrictive measure for the Accomidat-ion of your Request (for smudging & piper Ceremony in smu ReeK Cage monthly) Provides A Dry pipe Ceremony At the Cell And the Creation of A prayer Tie with Sacred Herbs. No open flame is Allowed

on any special management unit Range." seriously infringing upon Garbey's Traditional Religious Practice. & violating not only the RFRA but violating f.Bop National Policy As well. see. Also Chance 730 f3d at 417. smudging in outdoor Area is least Restrictive means of Achieving Persons Compelling intrest. While smudging is Traditionally medically necessary for Native American self Healing. while the denial of such smudgings can lead to serious mental & medical Health problems for Native Americans.

(b). While smoking tobacco in the Pipe Has Just As much significans. Traditional Natives (believe) tobacco to be A form of Medicine. For. Personal Healing & For Carring our Prayers to the Creater. For it is the Act of Pulling smoke into our Lungs iniciating the Personal Healing & making our Prayers one with our lungs & Heart to then be Exhaled to Carry to the Creater as smoke Rises to the Heavens. & Denying us this Denies us self Healing & or Traditional Prayers. see. Public Health law Center, Tobacco Behind bars, Policy options for the Adult Correctional Population 8. (2012). many Native Americans use tobacco for

spiritual. Ceremonial 4 or medicinal purposes 4 because of the (importance) of tobacco to native Religious Practices (most "Federal" 4 many state 4 local correctional facilities permit ceremonial use of tobacco in some form. While prisons have made these accommodations even where they otherwise have tobacco-free or smoke free policies in place, For Example see, S.D. Dep't of Corr. Policy 1.3.C.7. Tobacco Products 4 Electronic Cigarettes-use 4 possession (2015) yet. Allowing possession 4 use of tobacco for Religious Purposes.

Native Americans Have Repeatedly been Able to overcome outright bans on use of tobacco despite. Government Attempts to ban such use see Ken Bradley. In South Dakota prisons Indian inmates get to smoke, for Religious Reasons Reuters (Feb. 20. 2013) HTTP://Tmsnrt.rs/2LhiU3; Gabrial S. Galanda. Native American Prisoners obtain Religious Freedom, King County Bar Ass'n (July 2012) http://bit.ly/1Gz3yAV. see Also. Cryer vs. Mass Dep't of Corr. 763 F. Supp. 2d. 237. 243-48 (D. mass 2011) Total ban on smoking imposed substantial burden4 is not the least Restrictive means of furthering the Prisons interests in security. Bradley supra note18

(c) Where. Having Natives, Create Prayer ties, that Are (taken 4 given to others) Especially others who

Have convictions for heinous crimes is just as much an infringment on Gorbey's traditional Rights. As it is a native traditional belief that bad spirits & medicine is transfered through people & tangible objects. So for Gorbey to create a pray tie that's given to a sex offender or murder is believed that the evil spirits & thoughts. Plaging these people will then Plag Gorbey's Prayers. Family, ancesters & firends. (Like giving a child molester your kids address & phone number!) it is traditionally prohibited. see.

F.Bop. Technical Reference manual TS 360.01 native Americans Pages 24-25. Attachment 2. American Indian Religious Freedom Joint Resolution. Public law 95-341. (8-11-1928) "the (Traditional) American indian Religions. As an integral part of (indian life) are "indespensable and irreplacable." Whereas such Religious infringments Result from (From) the lack of knowledge or willingness to learn. or the lack of (care to lern) Native traditional ways & their significance. & the inflexible enforcement of Federal Policies & Regulations. premised on a veriety of "outlins of" or of laws."

While such Whims & laws Are Enforced (Without) Due Consideration of their Effect on Traditional American Indian Religions.

Whereas such Whims & law on policies At Times Prohibit the use & possession of sacred Herbs & objects (Necessary to "the Exercise of Religious Rights & ceremonies).

Whereas Traditional American Indian Ceremonies Have been intruded upon, interfered With, & in some instances (As Here With Gorbey) banned.

Now, therefore, be it.

Resolved the senate & House of Representatives of the USA. in Congress Assembled, that Henceforth it shall be the Policy of the USA. To protect & Preserve For American indians their inherent Right of Freedom to believe, Express, & to Exercise their Traditional Religions, including but Not limited to Access to Sites, Use & possession of sacred objects & Herbs, & the Freedom to "worship through Ceremonial & Traditional Rites"

Sect. 2. The U.S. President shall Direct the various Fed. Departments, Agencies, & other instrumentalities Responsible For Administering Relevant laws, practices & policies, To Evaluate their "Policies & procedures" in Consultation

With Native Traditional Religious leaders, such As Gorbey. (Chief) Owl Feather - Gorbey Traditional leader & spiritial leader of the Monacan Nation. Lafevers. vs. Saffle 936. f.2d. 1117 (10th cir. 1991) Religious freedoms are protected by the 1st. 14th Amendments, Free Exercise & Equal protection clauses. While the RFRA provides prisoners with yet more protections to their Religious Access City of Boerne vs. Flores 521 U.S. 507 (1997) (1997) & see Cutter vs. Wilkinson 544 U.S. 209 (2005) The Court Held that prisons that Recieve Federal Funding Cannot Deny prisoners the necessary Accomodations to Engage in Activities For the practice of their own Religious beliefs. see Affidavit Attached in support of this issue.. Where. Here. Defendants Discriminating on Gorbey's Traditional Native Monacan Religion (think) they Can Satisfy His needs by Simply throwing Him A (Dry Pipe) & to (make) A Prayer Tie. While Not Considering His Traditional Requirements & needs

Gorbey Filed A BpD on this issue & then A Bp9. # 1130933-F1.
The warden Responded 9-9-22 Arguing the Same bogus Arguments As Unit Team & the

chaplain That. A Dry Pipe & prayer Tie Ceremony (in Gorbey's Cell) is the least Restrictive measure.

Yet unit Team Johnson withheld the Bp9 Response for some 10 Days until 9-19-22 & then (Refused) Gorbey A Bp10 Appeal Form. Gorbey Filed A Regional Appeal on Paper. & Filed A 2nd Bp9 to Preserve His Rights listing These Delays & Facts. Denials of Bp10 Form. yet. The Remedy clerk seeking to impede Any Appeal. Assigned A new Remedy # 1134517-F1 to the 2nd Bp9 instead of the Proper 1130933-F2 & Revected it As untimely, which Gorbey Also Appeal to the Region.

Where. Johnson Delivering the 1st Bp9 Response on 9-19-22 with 10 of Gorbey's 20 Days For Appeal Already Expired & Counselor Barnes (Refusing) To Accept Cop-outs but (one Day) Per week wednesdays. Refused Gorbey A Bp10 Appeal Form Tuesday 9-20-21 & then Did Not ~~Answer~~ Answer Gorbey's wednesday 9-21-22 Cop-out until Friday 9-23-22 being some 14 Days into Gorbey's 20 Days For Appeal. (Knowing) withholding the Bp10 until Friday (Prohibits) Gorbey From mailing the Appeal until Monday 9-26-22 with only 3

Page 12 of 26

of His 20 Calender Days left (to) Appeal. For which Appeal Gorbey is sending by Certified mail 7019-0140-0000-4520-7192. monday 9-26-22 yet given the Repeated mail Room Delays in sending Gorbey's mail it (may be) 5-10 Days before the mail Recieves A post mark & totally Expiring His Nbility to Appeal & Exhaust His Administrative Remedies on this issue. see, Dale vs. chandler 438 F.3d. 804. 809. 812. (7th cir. 2006) Prison officials may not take unfair Advantage of the Exhaustion Requirement & A Remedy becomes unavailable if Prison Employees do not Respond to A properly Filed grievance or otherwise use Affirmative misconduct to prevent the Prisoner From Exhaustion. Dale vs. lappin 376 F3d 652. 654.56 (7th cir. 2004) Plaintiffs Statements under Penalty of Perjury He is Deny Remedy Forms Adecuate to Establish Dispute over Exhaustion Miller vs. norris 247. F.3d. 736. 740 (8th cir. 200l) we believe that A Remedy that Prison officials prevent A prisoner From utilizing Effectively is Not An Available Remedy under §1997(e)(a. Frost vs. mclaughtry 215 F.3d 1329. 1329 (7th cir. 2000)

while these Denials of Religious Access Denies Gorbey mental & spiritral Healing that Adversedly Effects

His physical Health & well being causing 8th Amendment violations & irreparrable Harms As it is (fact based) in Native Religions that we Can & DO suffer Physical & mental medical Harms when denied Access to our Religion. see. Help Guide mental & physical Health (8-16-2012) we can develope phobias of virtually Any thing which includes being denied some thing we Truly believe we need.

People may think & tell us our fear is Not Reasonable. But they Do Not Hold our Factual & Traditional Religious beliefs & we still Cannot Controle our Traditional needs & Feelings. & Just Thinking About the Denial of services or to be Forced to perform less than Traditional services or be Placed in Compromising Situations (such as USP Thompson is Forcing upon Gorbey in Regards to His Religious Needs. (1) Not Recieving Any Ceremony makes His Health Poor. & (2) to Even Touch A sacred pipe without smudging Could Cause Gorbey serious Repocussions. medical Conditions or Even Death. (3) giving A Prayer Tie For His Family to Another inmate Could Cause Serious Harm or Death to the Family member). may Make you Anxious. & the Terror Can be Automatic & over whelming & Even Turn to Full blown Panic

Attacks. High Blood pressure. loss of Apitie. loss of weight. & in some Cases Has Caused naíves to Deteriorate until it Results in Death. see. Situation Phobias. (Fears Trigger by specific Situations) Estelle v. Gamble 429 us 97. 104 (1976)

Ground(2) Repeated Pattern of misconducts Denial of glaucoma Treatment & Examinations Deteriorating Gorbey's Eyes & Threatning total Blindness.

(a) Gorbey Just Went some 1 year & 1/2 without any ophthalmology Examinations or Pressure checks. Deteriorating His Eyes & Threatning total Blindness.

(b) He then Arrived At Usp Thompson to immediately be Denied His Prescribed glaucoma medications or As Prescribed. Furtherly Deteriorating His Eyes & Threatning total Blindness. Gorbey Filed to the 7th Cir. Dist. Courts only to Have His suits (Repeatedly) slap Down As Frivoloes & Allowing prison staff to Continue Denying Gorbey glaucoma Treatments. Exams & Prescribed medications (While) Allowing other Prison staff like Barnes to Continuously Deny Gorbey meaningful FBop Remedy Access. clearly being Patters of misconducts Threatning serious Physical injuries to Gorbeys

Eyes & threatning total Blindness. see Martin vs. Shelton 319 F.3d. 1048. 1050 (8th cir. 2005),

(c) Where then Eventually Gorbey Was Carry to the ophthalmology Doctor in clinton Iowa. Who Had An Assistant to perform several Electronic scans of Gorbey's Eyes While the ophthalmologist Himself (Refuse) to Examine Gorbey on to treat Him Denying Gorbey Equal Protection Estelle vs. Gamble 429 US. 97. 104 (1976) being clear Deliberate indifference, Estelle 429 US. at. 104'; Gutierrez vs. Peters 111 F.3d. 1364 (7th cir. 1997),

Where the ophthalmologist. Never physically Examining Gorbey (openly) Stated. to the Assistant that He Was only Allowing the Electronic Eye scans Which were to be Forwarded to usp Thompson medical Doctor (A Non-ophthalmologist specialist) to Determine Gorbey's glaucoma needs Which is clear malpractice on (both) the ophthalmologist & usp Thompson's medical DR.'s parts. As Well As the Health service supervisor. A.W. programs & the Warden. While since 9-1-22 Gorbey Has Not Recieved Any subsequent Examinations or Treatment & in the End the 9-1-22 Appoint-ment Resulted in being No Treatment Whatso-Ever. see. ANCata vs. Prison Health service INC. 769 F.2d 700. 704 (11th cir. 1985) medical Care-so-

Cursory as to amount to no treatment at all violates the 8th Amendment. see. Scott vs. Ambani 577 F.3d 642 (6th cir. 2009); Spruil vs. Gillis 372 F.3d. 218 (3rd cir. 2004); Meloy vs. Bachmeier 302 F.3d 845. (8th cir. 2002); Grieveson vs. Anderson 538 F.3d 763, 779 (7th cir. 2008); Smith vs. Knox County Jail 666 F.3d 1037 (7th cir. 2012)

(d) While Gorbey is prescribed latanaprost. Timolol & Artificial Tear Eye Drops. in (30 Day supplies) yet. USP Thompson Pharmacy Staff keep wrongly Arguing the Timolol & Artificial Tears Are (50 Day supplies) Repeatedly denying Gorbey His Prescribed medications weeks at a time. Gorbey specifically ask the optometrice About this who (Asured) Gorbey their (30 Day supplies) & that he would send A note to Pharmacy & get Pharmacy Staff (Continue) "Pattern of misconduct" denying Gorbey these prescribed meds. Which were Due Refills 9-4-22. Gorbey submitted Pharmacy Refil Requests. 9-2-22. 9-7-22. 9-9-22. /9-13-22. 9-16-22, 9-20-22. & Again 9-22-22 & yet, he is still denied these meds. leaving Gorbey's Eyes glaucoma untreated. Deteriorating His Eyes & threatning total Blindness. Tiner vs. Fischer 11-CV-6711. 2012 U.S. Dist. Lexis 95599 at *13 (S.D.N.Y July 11.2012)

Allegations of Deteriating Eyes & Denial of meds
states A claim & satisfies 31915(g) Pinder vs.
McDowell 619 F.App'x 565, 566-67 (8th Cir, 2015)
Ibrahim vs. D.C. 463 F.3d 3, 7. D.C. Cir. 2006)
Where this issue is Even more Concerning where
usp thompson unit team. Barnes & others (Keep)
Either Denying Gorbey Remedy Forms to Redress
Denials of medical or Trash & impede the ones
He does File. see.

(1) Bp9 on glaucoma given to Barnes 5-24-22 Never
Process

(2) Bp8 Filed on medical denials for serious Neck. Back
& L-Arm Nerve Damages & R-Hand Fractures given
to Barnes 8-24-22 Never Process.

(3) Emergency medical Bp9. For serious Head injuries
From staff orchestrated Assault 8-28-22
Filed 8-31-22 #1132713-F1 A 48 Hour complaint
Held 6 Days until 9-6-22 & Rejected. (while)

(4) Since then Gorbey Has (Repeatedly) verbally & in
writing Requested Bp8s From. Barnes, Johnson.
the lady unit manager & Cop-outs to A.W King
All to No Avail. while Capt. Avery openly
Admitted in August. usp thompson Administ-
ration Allows & Encourages unit Teams to
Put inmates on Bp8 Restrictions. while this
Deprives Prisoners of Any Alternative means of

Relief & Explains the groth in Court Cases being Filed.

Ground(3) Repeated Patterns of Misconducts by.
(a) Denial of Meaningful F.Bop Remedy Process. Where. As Explained Above. USP thomps on staff Are Continuously Denying Gorbey Meaningful FBop Remedy Process. (to) Knowingly Bootstrap Force Gorbey to Suffer the Conditions Complain About. Causing Gorbey irrepairrable Harms. see. Schmidt. vs. odell 64 F.supp. 2d. 1014 (D. Kan 1991) intentional infliction of Emotional Distress. Johnson vs. Irve 125. F.supp. 2d. 186. 188-89 (W.D. va 2000) Holding Allegations that Efferts to Exhaust were Frustrated by prison officials Raised An issue of material Fact. see Also. Burks vs. Raemisch 555 F.3d. 592. 594-95 (7th cir. 2009) : CF. George vs. Smith 507 F.3d 605, 609 (7th cir. 2007) Grievence Staff Not Absolutely immune. see Also. Asemani vs. U.S. immigration services 797 F.3d. 1069 (8-11-2015). the imminent Danger Exception Applies if the Danger Exists At the Relevant Temporal Focal Point of Action.
(b) While the negligent, Wrongful Acts Are no Different where clowns posing As Judges (Keep) Abusing use of 5.1915(g) As A Categorical Prohibitive Fina-

-ncial barrier (to) deny Gorbey Court Access Even so boldly calling Gorbey's claims Frivolous & threatning to (Sanction Gorbey) For Filing While He's being (Repeatedly) Physically Assaulted & seriously injure & denied medical treatments & (multiple) prevailing laws of the Circuit Require Gorbey be provided Relief yet these clowns like Rein Hard & Johnstone ignore the negligent wrongful Acts of Prison Staff & want to Repeatedly bad mouth Gorbey & shut him out of Court forcing Gorbey to (Keep) suffering All this & (itself) being the biggest imminent danger Gorbey faces because it Has Foreclosed on this 1st & 14th Amendment Rights to File Redress to Petition the Courts for Relief & is subjecting him to 8th Amendment violations & irreparable Harms. Denying Gorbey (Any & All) Access to Court. Boddie vs. Connnecticut 401 U.S. 371 (1921) the Constitution Requires meananingful Court Access. Cal. Motor Transp. Co. vs Trucking unlimited 404 U.S. 508, 513. (1972); In re Green 669 F.2d. 779 (D.C. Cir. 1981) christopher vs. Harbury 536 U.S. 403, 413 (2002); lewis vs. Casey 518 U.S. 343, 355 (1996) 1st, 5th & 14th Amend Due Process Equal protection Right.

Ground(4) Repeated Denial of Hypoglocimia Treatment Resulting in irrepairable Harms

Gorbey was born anemic & develope Hypoglocima. He Has (Repeatedly) inform Prison Staff that offen Around 9:00 A.m & 2:30 p.m. He suffers serious Drops in Suger. Dizzyness & Can Cause him to. Pass out. While Doctors Have Agree that Such Events (Can be) Fatel. & yet. Though Gorbey Has Repeatedly Complain. Prison Staff (Refuse to) Provide Him Any Treatment For This Condition Which is offten Cured by providing A simple snack. to Pick the suger back up.

Prison medical staff Negligent Argue that because Gorbey is Not Diabetic He needs No snack & thus. Depribe Him of Treatment. see. _Estelle_ vs. _Gamble_ 429 U.S. 97. 104 (1976). _Ibrahim_ vs . _D.C._ 463 F.3d. 3. 6. (D.C. Cir 2006) Failing to Treat A chronic Disease is serious. _Bilal_ vs. _White_ 494 Fed. Appx 143 (2nd cir. 2012) Failure to provide Treatment For serious medical Condition Epilepsy. Arthritis. Hypoglocimia & such violates 8th Amendment.

_Ground(s)_ Repeated Tampering with & or impeding Gorbey's U.S. mail Courts & legal Access.

(a) USP thompson Mail Room S.I.S. & other staff Are (Repeatedly) tampering with & impeding Gorbey's U.S. mail.

(1) Staff Are Continuously Error Copying Gorbeys

Page 21 of 26

Court mails not Properly mark to Qualify As legal, leaving out Pages, Post marks & such, leaving Gorbey no Reasonable Way to Prosecute Cases the only Recieves bits & pieces of Court orders & Attorney Pleadings. of. Where often Staff Wont Copy the Post mark on A Court or Attorney mail, & Then Fail to Copy Several Pages & then smartly tell Gorbey He (must) Provide the Post mark to obtain Another proper Copy, or simply ignore the Copy outs Forclosing on Gorbey's Court Access. Gorbey Repeatedly Asks clerks to mark this mail to Qualify As legal yet some like the Rockford & U.S. Supreme ct. clerks Refuse, & keep subjecting Gorbey to these Damages. Extremely Conserning in imminent Danger Cases or Habeas proceedings. For Release. Armstrong vs. Squadrito 152 F.3d.564, 576-79 (7th cir. 1998) ignoring or impeding demand For Release supports liability claim, & Damages.

(2) While prison Staff Are Repeatedly tampering with Gorbey's out going legal & other mail, Even Certified mail is being delayed 5-10 Days before Recieving A Post mark. (because) Staff Are Privileging themselves to Contents of Gorbey's mail Trying to steal His ideas

Page 22 of 26

For Capitalism, & inventions. While in one Event Gorbey sent A Certified Return Reciept letter to His Family containing valuable information. 7021-0950-cccc-5580-4965. that was With Held same (30 Days) & unknown name staff so boldly contact Gorbey's Family & try to intimidate them in giving up the locations of Gorbey's Native Ancestral burrials & valuables.

Staff. m.Wood then on 8-22-22 brought the mail back to Gorbey & Bp9 # 1131125-F1 & told Gorbey if He did not sign to withdraw the Bp9 The mail would be Trashed. Not mailed & not Return to Gorbey. While Recently Gorbey sent 2 (two) certified mails. 2021-0950-cccc-1712-4285 & 7021-0950-cccc-1712-5831 on 9-12-22 that Did Not Recieve a Postmark until (7 Days later) on 9-19-22. & Again on Tuesday 9-20-22 Gorbey sent A Certified mail 2021-0950-cccc-1713-2495 that Still today the Postmark Reciept Has Not been Return. As mail Room & S.I.S. Staff Are unlawfully Privileging themselves to Gorbey's mail & Holding up Any mail that may Assist Gorbey or Further His legal Needs. violating Gorbey's Rights. F.Bop Policy & Federal law. Castillo vs. Cook County mail Room 990 F.2d. 304 (7th cir. 1993) Biereg u vs. Reno 59 F.3d. 1145. (3rd cir. 1995) opening

Page 23 of 26

Legal mail outside your presence violates the 1st Amend. Right to Confidentuality. Al-Amin vs. Smith 511 F.3d. 1317 (11th cir. 2008); Jones vs. Brown 461 F.3d. 353 (3rd cir. 2008)

Procurier vs. Martinez 416 U.S. 396 (1974)

To censor Gorbey's mail staff must have a compelling "institutional" concern. While Gorbey never writes (Any thing) that threatens the safety, security or orderly Running of any Prison. Staff therefore Have no lawful Right to be Holding up & Censoring His outgoing legal or Personal mail. Koutnik vs. Brown 456. F.3d. 777 (7th cir. 2006).

## Relief sought

(1) I Gorbey Demand $38. Million Dollars.

(2) I seek immediate Access to Medical marijuana for my serrously Advanced glaucoma. & To be Promptly sent to & Examine by A Trained ophthalmologist.

(3) I want meaningful & Effective Remedy Access. in the F.80p.

(4) I want A (monthly) smudging & smoking Pipe Ceremony in some Reck Cages. With Adeavate Herbs sage. seder. sweet grass &

tobacco. To satisfy my Traditional Native American Monacan Religious needs.

(5). I seek a snack twice a day adequate to satisfy my Hypoglocimia medical condition

(6). I want my mail to stop being tamper with or delay. ~~to be the~~ For mail not qualifying as legal to be properly copied & promptly sent to me. & For all outgoing legal & personal mail to be convey to the U.S. Post office within 24 Hours in Accordence with F.Bop Policy.

(7). I Demand. Due process. Equal protection & meaningful access to the courts.

(8). I seek a Hearing necessary to present my Case.

(9). I seek appointment of Co-Counsel. & Discovery of All names of listed unknown people & All Relevant medical Records. & mail Records.

(10). I seek Recusal of Judges Reinhard & Johnson.

Michael lucifer yendragon -z.

lord Juggernaut -xyz

Pharaoh Sec. Er

michael s. chou-chow (Son of Heaven)

Tsunami Khan

(Chief) Col. michael s. owl feather-Gorbey

Monacan Nation ~ Native America.

D.C. DOC 317611 Fed. 33405-013

USP Thompson PoBox 1002 Thompson ill. 61285.

Declaration under Penalty of Perjury.
28 USC §1746 & 18 USC §1621.

I Owl Feather - Gorbey Declare 9-24-22 that I Personally Hand Drafted this Complaint & that All Facts Contained here Are True & Correct to the best of my Knowledge.
(Chief) Col. Michael S. Owl Feather - Gorbey
Monacan Nation - Native America.
D.C. DOC 31761I Fed. 33405 -015. USP Thompson ill.


Affidavit.


Declaration under Penalty of Perjury, §1746 & §1621
I. Gorbey Declare, the facts here are true & Correct to the best of my Knowledge.

(1) I Owl Feather - Gorbey Declare that smudging is AN Essential & Necessary Part of my Traditional Practice for Ceremonies & self Healing. & that it is (Required) before I may Even Touch Any sacred pipe. I further Declare that A Dry pipe Does me no good. As I (Require) Tobacco to be Smoked. For self Healing & personal prayers, I further State I (Cannot - will not) Create A prayer Tie thats given to other inmates to Dispose of (Especially) Not those in RHU.

(2) I Gorbey State that Counselor Barrnes & others Are

Page 26 of 26

Regularly denying me meaningful-Effective Remedy Access Either denying me Requested forms or using Affirmative Actions like delaying Returning Responses or Trashing my Completed Forms (To) impede Exhaustions.

(3) I Declare. I suffer seriously Advanced glaucoma & Now medical marijuana is the only safest med For me.

* (4) I Declare that I suffer untreated Hypoglacimia & get sick often From it. Needing A snack. Im indigent & unable to Purchase snacks & in this level 1 of Smc no snacks Are sold on Commissary, Having us in Conditions that mirror Disciplinary seg.

(5) I Further Declare that by Judges Reinhard & Johnsons own Actions & Comments Calling my Complaints Frivolous While Im suffering clear irreparrable Harms & threatning sanctions on me Prove they Hold Animosities. Bias & prejudice towards me & must Recuse From my Cases.

(chief) Col. michaels. ownFeather-Godbey
monacan Nation - Native America
DC DCC 317611 Fed. 33405-015.

mailed 9-26-22 certified mail. 2021-0950-0000-1718-4292